

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00879-CV

Cresenciano **SANCHEZ**,
Appellant

v.

**WALTER MORTGAGE COMPANY LLC,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48901-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Cresenciano Sanchez, bear all costs of this appeal.

SIGNED February 5, 2014.

_____
Luz Elena D. Chapa, Justice